**Order entered June 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00246-CV**

**JOHN SAKYI, Appellant**

**V.**

**ABENA FOSUA SAKYI, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05853**

**ORDER**

Before the Court is appellee's June 28, 2021 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **August 6, 2021**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE